IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| UNITED STATES OF AMERICA, | |
| **Plaintiff,** | |
| v. | Case No. 21-CR-334-JFH |
| ROBERT JAMES JACKSON, ANDRE CIMONE GOLSTON, and ANTWAINE TREMAINE NELSON, | |
| **Defendants.** | |

## OPINION AND ORDER

Before the Court is an unopposed motion to declare case complex, vacate dates, set status conference, and exclude time under Speedy Trial Act ("Motion") filed by Defendant Robert James Jackson ("Jackson"). Dkt. No. 81. Jackson represents the United States of America ("Government") and counsel for his Co-Defendants Andre Cimone Golston ("Golston") and Antwaine Tremaine Nelson ("Nelson") do not oppose the Motion. *Id.* at 3. For the reasons set forth below, the Motion is **GRANTED**.

The Indictment in this case charges the three Defendants with thirteen counts relating to drug conspiracy, distribution of methamphetamine, and possession with intent to distribute methamphetamine. Dkt. No. 2. Jackson informs the Court that discovery is complex, with 3,678 files, including over 1,000 recorded calls and videos. Dkt. No. 81 at 2. The Court convened a hearing on the Motion on April 25, 2022. At that hearing, counsel for all three Defendants represented that they could not adequately prepare within the time constraints of the Speedy Trial Act.

For the reasons set forth in the Motion and at the April 25, 2022 hearing, including those noted herein, pursuant to 18 U.S.C. § 3161(h)(7)(B)(ii), the Court finds that this is a complex case

1

and that it is unreasonable to expect adequate preparation for pretrial proceedings and trial itself within the limits established by 18 U.S.C. § 3161. The Court further finds that the ends of justice served by granting the continuance requested outweigh the interests of the public and the Defendants in a speedy trial. Thus, pursuant to 18 U.S.C. § 3161(h)(7)(B)(ii), the ends of justice dictate that the period of delay shall be excludable in computing the time from which the Indictment was filed and the time within which the trial of this action must commence.

**IT IS THEREFORE ORDERED** that unopposed motion to declare case complex, vacate dates, set status conference, and exclude time under Speedy Trial Act [Dkt. No. 81] is **GRANTED.** An amended scheduling order placing this matter on the Court's August 2022 jury trial docket will be issued by the Court.

**IT IS FURTHER ORDERED** that a status conference is set for June 16, 2022 at 9:30 a.m.

**IT IS FURTHER ORDERED** that Defendant Nelson's unopposed motion to extend scheduling order dates and jury trial [Dkt. No. 83] is **DENIED AS MOOT.**

Dated this 29th day of April 2022.

_____
JOHN F. HEIL, III
UNITED STATES DISTRICT JUDGE